**Order entered September 2, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00947-CV

## IN RE COLONY INSURANCE COMPANY, Relator

**Original Proceeding from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-00871-2014**

## ORDER

Based on the Court's opinion and order of this date, we **DENY** the petition for writ of mandamus. We **VACATE** our order of July 22, 2014 staying discovery. We **ORDER** relator to bear the costs of this original proceeding.

/s/     KERRY P. FITZGERALD
JUSTICE